# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| PROGRESSIVE FINANCIAL SERVICES, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> PERFORMANT RECOVERY, INC., ) <br> COLLECTION TECHNOLOGY, INC., ) <br> and VAN RU CREDIT CORP., ) <br> ) <br> **Intervenor-Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> **Defendant,** ) <br> ) <br> PREMIERE CREDIT OF NORTH ) <br> AMERICA, LLC, and ) <br> GC SERVICES LTD. PARTNERSHIP, ) <br> ) <br> **Intervenor-Defendants.** ) <br> ) | No. 17-558C <br> Chief Judge Braden |

### STATUS REPORT FILED BY PLAINTIFF PROGRESSIVE FINANCIAL, INC., AND PLAINTIFF-INTERVENORS COLLECTION TECHNOLOGY, INC., PERFORMANT RECOVERY, INC., AND VAN RU CREDIT CORPORATION

During the May 22, 2017 hearing in the related matter of *Continental Services Group v. United States*, 17-449, the Court directed the United States Department of Education ("ED") to meet with counsel for Plaintiff Progressive Financial Inc. ("Progressive), and Plaintiff-Intervenors Collection Technology, Inc. ("CTi"), Performant Recovery, Inc. ("Performant"), and Van Ru Credit Corporation ("Van Ru")[1] (collectively, the "Incumbent Plaintiffs") and confer in

---

[1] CTi and Van Ru are similarly situated to Progressive, and have filed separate lawsuits based upon the same set of factual allegations giving rise to Progressive's claims. *See* No. 17-578 (*CTi*); No. 17-633 (*Van Ru*). Given the overlap between the claims, Incumbent Plaintiffs respectfully request this Status Report be deemed as filed in those cases as well.

an effort to identify a temporary contractual relationship by which the Incumbent Plaintiffs could continue to service their in-repayment accounts during the pendency of ED's corrective action.

Counsel for the Government, representatives from ED, and the Incumbent Plaintiffs met for that purpose by way of a telephone conference on May 23, 2017, and counsel for the parties held another telephone conference on May 25, 2017. The parties were unable to reach an agreement on those calls. In the absence of such agreement, Incumbent Plaintiffs believe that the current injunction should remain in place at least until this litigation, as well as the lawsuits filed by Collection Technology, Inc. (No. 17-578), and Van Ru Credit Corporation (No. 17-633) have been resolved.[2]

Nonetheless, as they explained to the Court during the May 22, 2017 hearing, the Incumbent Plaintiffs believe that there are a number of vehicles under the Federal Acquisition Regulation ("FAR") by which ED could issue bridge contracts to the Incumbent Plaintiffs (and similarly situated incumbent contractors) during the pendency of the corrective action, including the following:

1. A "follow-on" contract under FAR 8.405-6;

2. A limited solicitation resulting in a General Services Administration Federal Supply Schedule task order under FAR 8.405-2; or

3. A sole source bridge contract under FAR Part 6 (citing "unusual and compelling urgency" under FAR 6.302-2, or citing "unusual and compelling urgency" or "public interest" under FAR 6.302-7").

Separately, as set forth in the Government's Status Report (Dkt. No. 53), counsel for the Government and for Progressive, CTi, and Van Ru have reached agreement regarding a briefing

---

[2] Incumbent Plaintiffs would not object to a limited amount of accounts being transferred to and serviced by the 11 small businesses with Private Collection Agency contracts during the pendency of the corrective action, so long as those transfers were subject to a reasonable cap, along the lines of that proposed by Continental Service Group, Inc. in its May 31, 2017 opposition to the Government's motion to dismiss in the related matter *Continental Service Group, Inc. v. United States*, 17-449 (See Dkt. No. 141 at 9).

schedule on the Government's pending Motion to Dismiss in their respective lawsuits. The parties propose that plaintiffs' responses to the Government's motions be filed on or before June 9, 2017, and the Government's replies be filed on or before June 23, 2017.

However, on May 31, 2017, the Court entered its Continuation of Preliminary Injunction Order, which continued the existing preliminary injunction. (Dkt. No. 54.) The Order did not address the Government's Status Report or the parties' proposed briefing schedule. In light of the Court's May 31, 2017 Order and the continuation of the preliminary injunction, Progressive, CTi, and Van Ru request clarification regarding (1) whether the Court intends to stay proceedings in their matters (No. 17-558 (*Progressive*); No. 17-578 (*CTi*); No. 17-633 (*Van Ru*)); and/or (2) whether the Court intends for the parties to continue briefing the issues in the Government's Motions to Dismiss *(Progressive* Dkt. No. 44; *CTi.,* Dkt. No. 23; *Van Ru*, Dkt. No. 6) (which, may not be resolved until after ED completes its proposed corrective action scheduled for August 2017).

Dated: May 31, 2017

Respectfully submitted,

s/ *Thomas A. Coulter*
Thomas A. Coulter
LECLAIRRYAN, A Professional Corporation
919 East Main Street, Twenty Fourth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7103
Thomas.Coulter@leclairryan.com

*Counsel for Progressive*
*Financial Services, Inc.*

s/ Anuj Vohra
ANUJ VOHRA
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: 202.662.5362
avohra@cov.com

*Counsel for Collection Technology, Inc.*

s/ Thomas L. McGovern III
THOMAS L. McGOVERN III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel.: (202) 637-5784
thomas.mcgovern@hoganlovells.com

*Counsel for Performant Recovery, Inc.*

s/ Seamus Curley
Seamus Curley
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4403
seamus.curley@dlapiper.com

*Counsel for Van Ru Credit Corporation*